# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: October 3, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2019

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Quevency Devron Mason | Case Number: 0980 2:04CR00209-RHW-1 |
| Address of Offender: | Spokane, Washington 99203 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: June 24, 2005

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. §§ 841(a)(1), and 851; Distribution of 50 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. §§ 841(a)(1), and 851; Possession of Cocaine Base, 21 U.S.C. § 844 |
| Original Sentence: | Prison - 240 Months; TSR - 10 Years |
| Amended Sentence: (June 6, 2019) | Prison - 5,342 Days; TSR - 10 Years |
| Asst. U.S. Attorney: | Russell E. Smoot |
| Defense Attorney: | Federal Public Defender |

| | |
|---|---|
| Type of Supervision: Supervised Release | |
| Date Supervision Commenced: June 7, 2019 | |
| Date Supervision Expires: June 6, 2029 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/07/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Mason is alleged to have violated mandatory condition number 2 by being cited by the Washington State Patrol on September 26, 2019, for the offense of Driving Under the Influence, in violation of R.C.W. 46.61.502, a gross misdemeanor.<br><br>On June 10, 2019, Mr. Quevency Mason signed his conditions relative to case number 2:04CR00209-RHW-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Mason was made aware by his U.S. probation officer that he was required to refrain from committing another federal, state or local crime. |

Specifically, on September 26, 2019, the undersigned officer received an automated law enforcement notification with respect to the client indicating the client's name had been run by the Washington State Patrol. At 8:22 a.m. the client contacted the undersigned officer telephonically and immediately indicated he had "messed up." The client further indicated he had been contacted by law enforcement on the day in question and he was ultimately cited for driving under the influence and for speeding.

On September 27, 2019, the police reports were received relative to this matter. According to the reports received, on September 26, 2019, at approximately 1:54 a.m., the Washington State Patrol observed a vehicle traveling east bound on Interstate 90. The vehicle was observed to be traveling in excess of the posted rate of speed of 60 miles per hour. The client's vehicle was subsequently determined by using radar to be traveling at a rate of speed of 72 miles per hour. Upon contacting the driver of the vehicle, who was identified as being Mr. Quevency Mason, the officer immediately detected a "strong odor of intoxicants," noted several inconsistences in his statements made, and noted that he "performed poorly" during field sobriety testing. When asked how much alcohol Mr. Mason had consumed that evening, Mr. Mason responded "I've had a couple beers, that's all," further stating that the time of his last drink had occurred approximately 1 hour prior.

As a result of the contact, Mr. Mason was arrested for driving under the influence and transported to the Spokane Valley Police Department. Mr. Mason subsequently provided BAC results of .183 / .181 and .183 / .180 during testing. Following testing, Mr. Mason was provided a citation for driving under the influence and for speeding and was then transported to a friend's apartment by the arresting officer.

On September 30, 2019, Mr. Mason made his initial appearance relative to this alleged offense in Spokane County District Court and offered a plea of not guilty. Mr. Mason's next Court hearing relative to this conduct is currently set to occur on October 14, 2019, at 9 a.m.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 3, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Mason, Quevency Devron**
**October 3, 2019**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]    Other

_/s/ Robert A. Whaley_
Signature of Judicial Officer

10/3/2019
Date