PROB 12C
(6/16)

Report Date: June 30, 2020

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Quevency Devron Mason     Case Number: 0980 2:04CR00209-RHW-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: June 24, 2005

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. §§ 841(a)(1), and 851; Distribution of 50 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. §§ 841(a)(1), and 851; Possession of Cocaine Base, 21 U.S.C. § 844 |
| Original Sentence: | Prison - 240 Months; TSR - 10 Years |
| Amended Sentence: (June 6, 2019) | Prison - 5,342 Days; TSR - 10 Years |
| Asst. U.S. Attorney: | Russell E. Smoot |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 7, 2019

Date Supervision Expires: June 6, 2029

### PETITIONING THE COURT

**To issue a SUMMONS.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #18**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more then 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence:** Mr. Mason is alleged to have violated special condition number 18 by ingesting alcohol on or about June 16, 2020, based on urinalysis testing and the client's admission of such use. |
| | As the Court may recall, Mr. Quevency Mason previously presented before the Court on September 26, 2019, for the adjudication of multiple alleged violations of the client's ordered term of supervised release. As a part of the hearing, the Court imposed a no alcohol |

Prob12C
Re: Mason, Quevency Devron
June 30, 2020
Page 2

condition in this case. Mr. Mason acknowledged his understanding of the imposed condition as a part of the hearing and the condition was additionally reviewed with him at the conclusion of the hearing, as well as on several occasions since by the undersigned officer.

On June 15, 2020, the undersigned officer received a phone call from Mr. Mason who advised he had learned that it was his assigned day to submit to urinalysis testing with the contract provider, but he was out of town working. Mr. Mason was directed to report for urinalysis testing on the following day, June 16, 2020, and he committed to doing so.

On June 16, 2020, the client reported to Pioneer Human Services in Spokane as required to submit to urinalysis testing. He ultimately submitted a sample that reflected as presumptive negative for all drugs tested for. The sample was additionally packaged and forwarded to the contract laboratory for alcohol testing. A drug use denial form was subsequently received in which the client denied use of any prohibited substance.

On June 22, 2020, the U.S. Probation Office in Spokane received the laboratory testing report relative to the sample submitted by the client at Pioneer Human Services on June 16, 2020, in which the sample was confirmed as both diluted and positive for ethanol, consistent with the client's use of alcohol.

On June 30, 2020, Mr. Mason was contacted telephonically by the undersigned officer at which time the client admitted to previously ingesting alcohol on or about June 15, 2020, indicating he drank two or three Bud Light beers as a result of his continuing to struggle with the recent loss of both his father and his cousin.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 30, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/1/2020
Date