PROB 12C
(6/16)

Report Date: April 30, 2021

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Quevency Devron Mason         Case Number: 0980 2:04CR00209-RHW-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: June 24, 2005

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. §§ 841(a)(1), and 851; Distribution of 50 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. §§ 841(a)(1), and 851; Possession of Cocaine Base, 21 U.S.C. § 844 |
| Original Sentence: | Prison - 240 months<br>TSR - 10 years |
| Amended Sentence:<br>(June 6, 2019) | Prison - 5,342 days<br>TSR - 10 years |
| Asst. U.S. Attorney: | Timothy John Ohms |
| Defense Attorney: | Federal Defenders office |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 7, 2019

Date Supervision Expires: June 6, 2029

## PETITIONING THE COURT

To issue a **SUMMONS** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/30/2020 and 07/07/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| 4 | **Special Condition # 18**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more then 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Mason is alleged to have violated both mandatory condition number 2 and special condition number 18, by being arrested by the Washington State Patrol on April 29, 2021, for the offense of driving under the influence, in violation of R.C.W. |

Prob12C
**Re: Mason, Quevency Devron**
**April 30, 2021**
**Page 2**

46.61.502, a gross misdemeanor. Mr. Mason was additionally arrested and cited for third degree driving while license suspended, in violation of R.C.W. 46.20.342, a misdemeanor, and cited for traffic violations to include improper lane usage, and operating a vehicle without an installed ignition interlock.

On June 10, 2019, Mr. Quevency Mason signed his conditions relative to case number 2:04CR00209-RHW-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Mason was made aware by his U.S. probation officer that he was required to refrain from committing another federal, state or local crime.

In addition, and as the Court may recall, Mr. Quevency Mason previously presented before the Court on September 26, 2019, for the adjudication of multiple alleged violations of the client's ordered term of supervised release. As a part of the hearing, the Court imposed a no alcohol condition in this case. Mr. Mason acknowledged his understanding of the imposed condition as a part of the hearing and the condition was additionally reviewed with him at the conclusion of the hearing, as well as on several occasions since by the undersigned officer.

Specifically, on April 29, 2021, the undersigned officer received several automated inquiries from the Washington State Patrol in Spokane, Washington, indicating the client's name had been run by the agency. The undersigned officer was able to subsequently determine by using the Spokane County Jail website that the client had been booked into custody specific to the offenses as listed herein.

On April 30, 2021, the undersigned officer was able to acquire the police reports relative to the client's April 29, 2021, contact with law enforcement. According to the reports received, on April 29, 2021, at approximately 2:42 p.m., a Washington State Patrol trooper observed the client's vehicle traveling east bound on Interstate 90 near the Broadway exchange. Police reports additionally documented the agencies prior receipt of four separate reports as to the client's previous "severe" lane travel and as to his having struck a curb in Airway Heights, Washington. The trooper then observed the client cross the gore point line at the Argonne off ramp by more than a tire width, and then subsequently cross the fog line on multiple occasions, while noting significant changes in speed. The trooper advised that all conduct was observed to have occurred in less than 1.5 miles, and that the client was slow to respond to the trooper's lights when activated.

Upon contacting the client, the trooper noted an odor of intoxicants, and impaired motor functions on the part of the client, although described the client as cooperative. Mr. Mason admitted to the trooper to having previously had a "couple" of beers. Upon examination, Mr. Mason failed all three administered standardized field sobriety tests. Mr. Mason made the following statements to the trooper following the trooper advising the client as to his Miranda rights: "I fucked up, I apologize", I won't ever do this again" and "I don't do drugs, I sip on Bud Lights," among others. The trooper noted that two independent breath samples were collected with the results reflecting .220/.218 and .230/.227.

Mr. Mason was subsequently booked into the Spokane County Jail on the day in question for his conduct as described herein.

Prob12C
**Re: Mason, Quevency Devron**
**April 30, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 30, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Robert A. Whaley*
Signature of Judicial Officer

5/4/2021
Date