PROB 12C
(6/16)

Report Date:  May 18, 2021

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Quevency Devron Mason                 Case Number: 0980 2:04CR00209-RHW-1

Address of Offender: ``

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: June 24, 2005

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. §§ 841(a)(1), and 851;<br>Distribution of 50 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. §§ 841(a)(1), and 851;<br>Possession of Cocaine Base, 21 U.S.C. § 844 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 240 months<br>TSR - 10 years | Type of Supervision: Supervised Release | |
| Amended Sentence:<br>(June 6, 2019) | Prison - 5,342 days<br>TSR - 10 years | | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: June 7, 2019 | |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: June 6, 2029 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/30/2020, 07/07/2020, and 04/30/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #18**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more then 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Mason is alleged to have violated special condition number 18 on two separate occasions by ingesting alcohol on or about April 27, 2021, based on urinalysis testing and the client's admission of such use, and on or about May 15, 2021, based on the client's admission of such use.<br><br>On June 10, 2019, Mr. Quevency Mason signed his conditions relative to case number 2:04CR00209-RHW-1, indicating he understood all conditions as ordered by the Court. In |

Prob12C
**Re: Mason, Quevency Devron**
**May 18, 2021**
**Page 2**

addition, and as the Court may recall, Mr. Quevency Mason previously presented before the Court on September 26, 2019, for the adjudication of multiple alleged violations of the client's ordered term of supervised release. As a part of the hearing, the Court imposed a no alcohol condition in this case. Mr. Mason acknowledged his understanding of the imposed condition as a part of the hearing and the condition was additionally reviewed with him at the conclusion of the hearing, as well as on several occasions since by the undersigned officer.

Specifically, on April 27, 2021, Mr. Mason submitted to random urinalysis testing with the contract provider in Spokane, in which the sample was determined to be presumptive negative for all substances tested for, but in which the sample was forwarded to the contract laboratory for verification of alcohol. On May 7, 2021, the laboratory report specific to the urinalysis sample submitted by Mr. Mason on April 27, 2021, was received by the U.S. Probation Office in Spokane and served to substantiate the sample provided by Mr. Mason as being confirmed positive for ethanol, consistent with the client's use of alcohol prior to testing.

On May 18, 2021, Mr. Mason was contacted by the undersigned officer after his return to Spokane, following approved emergency travel granted by the undersigned officer to visit his family in Mississippi. Mr. Mason was questioned about the circumstances as outlined herein, and ultimately admitted previously ingesting a "few beers" on or about both April 26, 2021, and most recently on or about May 15, 2021, while with family in Mississippi.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | May 18, 2021 |
| --- | --- |
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
**Re: Mason, Quevency Devron**
**May 18, 2021**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[ X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer


_____5/19/2021_____

Date